842

No. 325. AMPTO, INC. v. AMERICAN PHOTOCOPY EQUIPMENT Co. Superior Court of New Jersey, Appellate Division. Certiorari denied. *Samuel J. Stoll* for petitioner. *Alfred C. Clapp* for respondent.

No. 330. BALTIMORE TRANSIT Co. ET AL. v. MARYLAND, FOR THE USE OF GEILS ET AL. C. A. 4th Cir. Certiorari denied. *George P. Bowie* for petitioners. *Paul Berman* for respondents.

No. 333. YAGODA ET. AL. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Bernard Weiss* and *Louis Bender* for petitioners. *Solicitor General Cox, Acting Assistant Attorney General Jones* and *Richard J. Heiman* for respondent.

No. 340. SCOTT v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Petitioner *pro se*. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 341. ZIMMERMAN v. MISSISSIPPI VALLEY BARGE LINE Co. C. A. 3d Cir. Certiorari denied. *S. Eldridge Sampliner* and *Harry Alan Sherman* for petitioner. *Hugh Lynch, Jr.,* for respondent.

No. 342. HAYS CORP. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *John L. Carey,* for petitioner. *Solicitor General Cox* and *Acting Assistant Attorney General Jones* for respondent.